IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01549-DME-KLM

CLOVIS TRUJILLO,

    Plaintiff,

v.

FPD POWER DEVELOPMENT, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant FPD's **Motion Seeking Permission to Appear by Telephone** [Docket No. 14; Filed September 19, 2012] (the "Motion"), in which Defendant's counsel seeks to appear by telephone for the upcoming Scheduling Conference. Defendant does not designate the Motion as unopposed because when Defendant's counsel contacted Plaintiff, who is *pro se*, on September 18, 2012 about the Motion, Plaintiff stated that while he would rather Defendant's counsel appear in person, "they can do what they want to do." [#14] at 1. Defendant's counsel seeks to appear telephonically because his office is in Minneapolis, MN. Good cause appearing,

    IT IS HEREBY **ORDERED** that the Motion [#14] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that counsel for Defendant may appear by telephone at the Scheduling Conference on October 16, 2012 at 11:00 a.m. by dialing the Court at **303-335-2770**. If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and counsel for the Defendant before dialing the Court.

    Dated:  September 20, 2012